UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
SANTIAGO GOMEZ,  :
              Plaintiff,  :
v.  :  **ORDER**
  :
FRANCIS DELGROSSO, Warden;  :  19 CV 1335 (VB)
MARTINEZ, Sergeant; and HOGUE, Sergeant,  :
              Defendants.  :
--------------------------------------------------------------x

      As discussed at a telephone conference held today, attended by counsel for all parties, it is HEREBY ORDERED:

      1.     Defendants' pre-motion conference letter is due August 7, 2020.

      2.     Plaintiff's response, if any, is due August 14, 2020.

      3.     The pre-motion conference is scheduled for September 11, 2020, at 9:30 a.m. The parties shall use the following information to connect by telephone:

      **Dial-In Number**: **(888) 363-4749 (toll free) or (215) 446-3662;**
      **Access Code**: **1703567**.

Dated:  August 5, 2020
          White Plains, NY

                                  SO ORDERED:

                                  _____
                                  Vincent L. Briccetti
                                  United States District Judge